**Order filed November 25, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00891-CV
_____

**IN THE INTEREST OF Z.S., C.S-T., T.S-T., T.S-T., T.S-T., CHILDREN,**
**Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**Appellee**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17CP0118**

---

## O R D E R

The clerk's record was filed November 12, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **the Order appointing J. Elizabeth Spears as appellate counsel for appellant S.S.**

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before December 2, 2019, containing the **Order appointing J. Elizabeth Spears as appellate counsel for appellant S.S**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM